UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERNON SNYPE,** : | |
| Petitioner : | |
| : | CIVIL ACTION NO. 3:17-1280 |
| v. : | |
| : | (Judge Mannion) |
| **Warden SPAULDING** : | |
| : | |
| Respondent | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** without prejudice to any right Petitioner may have to amend his pending motion for leave to file a second or successive §2255 in the United States Court of Appeals for the Second Circuit.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Petitioner's motion to supplement his petition for writ of habeas corpus (Doc. 12) is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 28, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1280-01-ORDER.wpd